UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN BRAUN, <br><br> Plaintiff, <br><br> v. <br><br> SOLYNDRA, LLC, <br><br> Defendant. | Case No. 3:11-cv-04392 NC <br><br> **ORDER RE BANKRUPTCY STAY** <br><br> Re: Dkt. No. 5 |

It appearing from the Notice of Bankruptcy and Request for Automatic Stay filed on November 16, 2011, Dkt. No. 5, that defendant Solyndra, LLC has filed a petition in bankruptcy and that an automatic stay is in effect, and as there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of the Court shall close this file for administrative purposes and submit a JS-6 form to the Administrative Office.

IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

IT IS SO ORDERED.

Date: July 11, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 3:11-cv-04392 NC
ORDER RE: BANKRUPTCY STAY